


# COVID-19 Vaccine: Request for Religious Accommodation

## STEP ONE - To Be Completed by Employee and Manager

| Manager/Supervisor Name: [redacted] | Employee Name: Aaron Miles Bare |
|---|---|
| Title: Area Manager | Employee I.D.: 430851 |
| Date: 9/5/2021 | Job Title: Senior Staff Pharmacist, RSO |

## STEP TWO - Completed by Employee:

Have you ever been exempted from getting a vaccine for religious/spiritual reasons? ___ Yes  x  No

Have you been given any vaccines within the past 5 years?  x  Yes ___ No

Length of time that accommodation is needed: until they produce a vaccine that doesn't use fetal cells from aborted babies in development or testing

Are you required to travel for your job? x YES ___ NO
If YES, please explain reasons for travel and the frequency:
Staffing in either Algood, TN or Asheville, NC.

Do you interact with customers for your job? ___ YES  x  NO
If YES, please explain in detail how you interact:

Please explain why you are seeking a religious/spiritual accommodation (you may attach an additional page if needed):
These COVID vaccines have been developed using murdered baby tissue (some just in testing). For me to not have a break in my relationship with my savior, Jesus Christ, I must follow the Word of God and obey it (Thou shalt not kill). In the bible there are many instances where it greatly displeased the Lord when people practiced killing babies for beneficial effects. I can give specific accounts from the bible if needed: the people of Canaan, the Ammonites, etc. The instances of these practices were involved mostly with the worship of pagan gods (chemosh and molech). For me to have that injected into my body I am violating the temple of God 1 Corinthians 3:16. As a christian I am to seek the Lords holiness. This means turning my back on the worlds values (1 John 2:15) which are stated in 1 John 2:16.

I verify that I am requesting an accommodation from Cardinal Health's mandatory COVID-19 vaccine requirement. I verify the information submitted to substantiate my request for accommodation is true and accurate to the best of my knowledge. I understand that falsified information can lead to disciplinary action, up to and including termination.

I further understand that Cardinal Health is not required to provide this accommodation if doing so would pose a direct threat to myself or other in the workplace or would create an undue hardship for Cardinal Health

Employee Signature: *[signed] Aaron M. Bare*   Date: 9/5/2021

(continue on Page 2)

**EXHIBIT A**




# COVID-19 Vaccine: Request for Religious Accommodation

## STEP THREE - Completed by Religious/Spiritual leaders:

Please include a formal letter on organization letterhead with a detailed description on why you support the above employee requesting an accommodation.

Leader's Name (print): ███████████

Leader's Title: Sr. Pastor

Religious Organization: S. Baptist Church       Phone: ███████████

Address: ███████████

My signature below as the Leader of this religious organization confirms that our religious beliefs say that all vaccines are against our religious teachings.

Religious Leader Signature: _[signature]_       Date: 9/19/21



# Living Springs Community Church

To whom it may concern,

Dr. Aaron Bare and his family have been active members of Living Springs Community Church for the past nine years. He and I have had not a few conversations regarding the theological implications of where life begins in the eyes of the Lord. He is most emphatic in his religious convictions that life begins at conception, as do the latest written statements coming out of the Southern Baptist Convention.

That being said, most of the vaccines being created to address the COVID-19 pandemic have been produced using body parts of aborted babies in their earliest life movements all the way up to and through the forty second week of gestation. It is unconscionable to think that solutions made from organ parts of these babies are being injected into Dr. Bare's body.

Every church (local body of believers) in the Southern Baptist Convention has its own choice in determining their religious stand on the status of the life of unborn yet living and functioning babies. Our local body believes that every life is precious in the eyes of the Lord is to be treated with compassion. Our body of believers contains families with as many as 5, 6 and 7 children, so there is a special bond between the parents and children. Yes, the bond between parents and their own children, but also the relationship of adults to children of other adults has a sense of protection exhibited to the most vulnerable in our society.

In conclusion, Dr. Bare being forced to get a COVID-19 vaccine goes against our religious convictions as a body of believers in our church and faith, thus he should be excused from being forced to receive this vaccine.

Sincerely,

Rev. ▮▮▮▮▮▮▮▮▮▮

Master of Divinity, 1978 from Northern Baptist Theological Seminary, Lombard, Illinois

Ordained to the ministry of the Gospel of Jesus Christ @ Crawford Ave. Baptist Church, Skokie, Il. 1978 as a licensed minister within the Southern Baptist Convention

