Ryan

**From:** Bare, Aaron <...>
**Sent:** Monday, October 4, 2021 11:27 AM
**To:**
**Subject:** RE: Vaccine Accommodation Decision

Ryan,

I just want to clear one thing up. If I were able to find a job within Cardinal Health that doesn't require me to travel, then w accommodation be accepted and I would be able to continue working for Cardinal Health?

Thank you for your time,



**Miles Bare**
Sr. Pharmacist, RSO

---

**From:**
**Sent:** Thursday, September 30, 2021 9:50 AM
**To:** Bare, Aaron <Aaron.Bare@...>
**Cc:**
**Subject:** Vaccine Accommodation Decision

Hi Aaron,

As we discussed, your accommodation request regarding the COVID vaccine has been denied. With travel being prohibited f employees, it was determined that you would not be able to perform the essential functions of your job. Attached is a copy letter. Tim can work with you on next steps.

Thanks,



**EXHIBIT B**