

**Chief Human Resources Officer**

*This message has been sent to all U.S. employees and contractors.*

As the days and months of the calendar change, so too does what we understand about COVID-19. I'll be honest, it seems like it was a week ago that we made a decision we never imagined we'd make -- to require masks. And that wasn't the first or last decision of that kind.

All along we've followed some basic principles like keeping you safe and making sure we could fulfill our essential role in healthcare and we've leaned heavily on science.

The delta variant is reminding us that we are still battling the COVID-19 pandemic and that the virus continues to change to survive. We must do the same. The delta variant is surging in many places around the world and causing vaccinated and unvaccinated alike to reassess yet again. With the support of Dr. Soden and information about what other large companies are doing, we've made some decisions.

Today I'm announcing how we're adapting to keep you safe as we continue to manage through this pandemic.

First, I'm sure you have noticed mask requirements being put back in place in many locations. Beginning Monday, August 9, all employees, regardless of vaccination status, in all U.S. locations must wear masks in common areas or when you are not able to maintain physical distance. We understand many of our locations have already implemented masks for all our employees and in some locations we won't be able to mandate due to local laws, but we strongly encourage you to wear masks so we can keep you safe and maintain the integrity of our operations.

Second, science tells us that the only way to defeat the virus is through vaccination. The longer we continue with a portion of our population unvaccinated, the more likely we are to encounter stronger delta surges and even more potent variants in the future. The time is now and the need to be vaccinated is urgent.

To do our part as members of the healthcare community, we are requiring the following U.S. employee groups to be FULLY vaccinated by October 4, 2021:

- All salaried employees
- Office based employees (onsite full time or onsite flex) or any employee planning to go to a Cardinal Health location
- All Sales team members
- Anyone required to travel for business
- Anyone planning to go to a customer location

At this time, employees working in distribution centers, manufacturing plants and hourly employees working from home will only be required to show their vaccination status. Although not required, we urge everyone to get the vaccine.

A few additional things to note:

- We acknowledge that there are a small number of employees who cannot get the vaccine due to medical

**EXHIBIT C**

issues or religious reasons. We will have an interactive process so employees can request a medical or religious exemption and will launch this alongside our vaccine documentation collection process.
- We've chosen to use Workday to collect COVID vaccination records and will follow up as we finalize the process.
- Because of how important getting the COVID vaccine is for your health and safety, we are adding it to our 2022 health premium discount. We'll share additional details on what this means to you in the coming weeks.

Third, we are delaying the full reopening of our office locations until October 4. If you've been working onsite at one of the locations or want to begin working onsite, we are happy to have you so as long as you follow the mask protocol for your site. We're continuing with the same protocols we've had throughout much of the pandemic so the environment is safe, providing you do your part by wearing a mask and staying home when you don't feel well.

Lastly, I want to reiterate a few protocols that are not changing at this time.
- We are keeping our travel guidance as is. All travel should be related to an important business need or for customer interaction.
- We are maintaining the 50% capacity limits in conference rooms and meeting spaces.
- We'll keep our gathering limit at 100 attendees, on or offsite.

I know this is a lot to process and that you'll have a lot of questions. Please keep an eye on the COVID-19 microsite where we'll post information as it is available. And I encourage you to join us at the next Let's Chat scheduled for August 24 or send your feedback/questions to our Pandemic team.

Thank you for all you do and for supporting this decision in the interest of keeping our Cardinal Health family as safe as we can.

Be well,

You are receiving this message because you are an employee or contractor based in the U.S.

This email was sent using Poppulo, an approved software for enterprise internal communications. Remember, if you are suspicious of any email, please forward it as an attachment to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

© 2021 Cardinal Health. All rights reserved | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I just want to clear one thing up. If I were able to find a job within Cardinal Health that doesn't require me to travel, then would my accommodation be accepted and I would be able to continue working for Cardinal Health?

Thank you for your time,



Miles Bare
Sr. Pharmacist, RSO

From: ███
Sent: Thursday, September 30, 2021 9:50 AM
To: Bare, Aaron <Aaron.Bare███>
Cc: ███
Subject: Vaccine Accommodation Decision

Hi Aaron,

As we discussed, your accommodation request regarding the COVID vaccine has been denied. With travel being prohibited for unvaccinated employees, it was determined that you would not be able to perform the essential functions of your job. Attached is a copy of the denial letter. Tim can work with you on next steps.

Thanks,



---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.
Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: ███

I just want to clear one thing up. If I were able to find a job within Cardinal Health that doesn't require me to travel, then would my accommodation be accepted and I would be able to continue working for Cardinal Health?

Thank you for your time,



Miles Bare
Sr. Pharmacist, RSO

---

**From:** 
**Sent:** Thursday, September 30, 2021 9:50 AM
**To:** Bare, Aaron <Aaron.Bare@
**Cc:**
**Subject:** Vaccine Accommodation Decision

Hi Aaron,

As we discussed, your accommodation request regarding the COVID vaccine has been denied. With travel being prohibited for unvaccinated employees, it was determined that you would not be able to perform the essential functions of your job. Attached is a copy of the denial letter. Tim can work with you on next steps.

Thanks,



---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.
Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska:

From: **Bare, Aaron** Aaron.Bare
Subject: **Fw: Vaccine Accommodation Decision**
Date: **Oct 4, 2021 at 9:25:37 PM**

see below

CardinalHealth

Miles Bare
Sr. Pharmacist, RSO

---

From:
Sent: Monday, October 4, 2021 11:29 AM
To: Bare, Aaron <Aaron.Bare@
Subject: RE: Vaccine Accommodation Decision

Good Morning,

We would still need to discuss the job duties of your new role with the hiring manager, but there would be an increased chance of approval if travel was not an essential function.

Thanks,

---

From: Bare, Aaron <
Sent: Monday, October 4, 2021 11:27 AM
To:
Subject: RE: Vaccine Accommodation Decision