██████████████████████████████████████████████



**Miles Bare**
**Sr. Pharmacist, RSO**

**From:** ████████████████████████████████
**Sent:** Friday, October 29, 2021 10:40 AM
**To:** Bare, Aaron ‹██████████████████████
**Subject:** RE: Vaccine Mandate

Miles,

All salaried employees will need to be vaccinated by December 6th to remain employed at Cardinal Health. A timeline for h is being determined.

Sorry if I confused the situation with my previous email.



**I am** *Essential to care*

**From:** Bare, Aaron ‹██████████████████████████████
**Sent:** Friday, October 29, 2021 10:29 AM
**To:** █████████████████████████████████
**Subject:** RE: Vaccine Mandate



Does this mean that the December 6th date is null and void or is it still in effect that if I am not vaccinated by December 6th

Thanks,

**Miles Bare**
**Sr. Pharmacist, RSO**

██████████████████████████

**EXHIBIT D**