UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| AARON MILES BARE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) 3:21-CV-00389-DCLC-DCP |
| | ) |
| vs. | ) |
| | ) |
| CARDINAL HEALTH, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff filed an application for a temporary restraining order (TRO) [Doc. 1]. On November 18, 2021, a summons was issued for service on Defendant [Doc. 3]. It has not been returned. Accordingly, the Court **ORDERS** Plaintiff to effect service on Defendants immediately with notice of the hearing on the application for a TRO. The application for a temporary restraining order will be heard on **Tuesday, November 30, 2021, at 10:00 a.m. EST** at the James H. Quillen Courthouse, 220 W. Depot Street, Courtroom 400, Greeneville, Tennessee 37743. Please note the location of the hearing on the TRO will take place in Greeneville, Tennessee, not Knoxville, Tennessee.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge