

TRACK ANOTHER SHIPMENT

286380414427
ADD NICKNAME

## Delivered
### Tuesday, 11/23/2021 at 10:40 am

**DELIVERED**
Signed for by: S.SULLENBERGER

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

**FROM**
Concord, TN US

**TO**
Columbus, OH US

MANAGE DELIVERY

## Travel History

**TIME ZONE**
Local Scan Time

**Tuesday, November 23, 2021**

| Time | Location | Status |
|---|---|---|
| 10:40 AM | Columbus, OH | Delivered |
| 9:22 AM | COLUMBUS, OH | On FedEx vehicle for delivery |
| 8:31 AM | COLUMBUS, OH | At local FedEx facility |
| 7:11 AM | COLUMBUS, OH | At destination sort facility |
| 4:49 AM | MEMPHIS, TN | Departed FedEx hub |

**Sunday, November 21, 2021**

| Time | Location | Status |
|---|---|---|
| 10:01 AM | MEMPHIS, TN | Arrived at FedEx hub |

**Saturday, November 20, 2021**

| Time | Location | Status |
|---|---|---|
| 2:44 PM | KNOXVILLE, TN | Picked up |

EXHIBIT A

| 12:06 PM | | Shipment information sent to FedEx |
| 1:06 PM | KNOXVILLE, TN | Picked up<br>Tendered at FedEx Office |

Collapse History ∧

## Shipment Facts

| **TRACKING NUMBER**<br>286380414427 | **SERVICE**<br>FedEx Priority Overnight | **WEIGHT**<br>2 lbs / 0.91 kgs |
|---|---|---|
| **DELIVERED TO**<br>Receptionist/Front Desk | **TOTAL PIECES**<br>1 | **TOTAL SHIPMENT WEIGHT**<br>2 lbs / 0.91 kgs |
| **TERMS**<br>Shipper | **PACKAGING**<br>FedEx Envelope | **SPECIAL HANDLING SECTION**<br>Deliver Weekday |
| **SHIP DATE**<br>11/20/21 ⓘ | **STANDARD TRANSIT**<br>11/22/21 before 11:30 am ⓘ | **ACTUAL DELIVERY**<br>11/23/21 at 10:40 am |