UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| AARON MILES BARE, *et al.*, | ) |
| Plaintiffs, | ) 3:21-CV-00389-DCLC-DCP |
| vs. | ) |
| CARDINAL HEALTH, INC., | ) |
| Defendants. | ) |

**ORDER**

Plaintiff's counsel has notified the Court that Defendant Cardinal Health, Inc., has assured Plaintiff that he will not be required to take a COVID-19 vaccine and that his termination is no longer imminent, thereby rendering Plaintiff's application for a temporary restraining order (TRO) [Doc. 1] moot. Accordingly, it is hereby **ORDERED** that the motion hearing set for Tuesday, November 30, 2021, at 10:00 a.m. EST to address Plaintiff's application for a TRO is **CANCELLED**, and Plaintiff's application for a TRO [Doc. 1] is **DENIED** as moot.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge