

Date: November 23, 2021

To: Aaron Bare

From: myHR Service Center, Timothy Burriss

Re: Request for a COVID-19 Vaccine Accommodation

---

Dear Aaron,

This letter is in response to your recent request for a religious COVID-19 vaccine accommodation. Cardinal Health has considered and determined to grant you a temporary accommodation as detailed below:

- At this time, you will not be required to receive a COVID-19 vaccination as required by Company policy.
- You are required to wear a medical-grade mask at all times while on company property or a customer site.
- You are restricted from eating/drinking (or any activity that requires your mask to be off) in common areas (i.e., lunch rooms, cafeterias, breakrooms, etc.).
- If required to travel for Cardinal Health business, the above requirements are in place whenever conducting Cardinal Health business.
- These requirements will be in place until further notice.
- Recertification of this accommodation may be required every six months, if not sooner.

This accommodation offer is not, and is not intended to be, an expressed or implied contract of continued employment and does not alter your at-will employment status. This accommodation offer does not guarantee your employment during the period of accommodation. You remain an employee at-will and subject to all Company and business-specific policies and the *Standards of Business Conduct*. The accommodations provided herein may be modified or eliminated in the event that changes in your condition impact your ability to perform the essential functions of your position, or if the accommodations at any time impose an undue hardship on the Company.

Your signature signifies your understanding of those accommodations and your agreement to work within these accommodations.

EMPLOYEE SIGNATURE_____DATE_____

MANAGER SIGNATURE_____DATE_____