IN THE UNITED STATES DISTRICT COURT
EASTERN SECTION OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AARON MILES BARE, | ) | |
| on behalf of himself and all other | ) | |
| similarly situated employees of | ) | |
| Cardinal Health, Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:21-cv-389 |
| | ) | THIS IS THE FIRST APPLICATION FOR |
| CARDINAL HEALTH, INC., | ) | EXTRAORDINARY RELIEF |
| | ) | |
| Defendant. | ) | RULE 23 CLASS ACTION |
| | ) | |
| | ) | JURY DEMANDED |

**RULE 72 VERIFICATION OF THE FIRST AMENDED VERIFIED CLASS ACTION COMPLAINT FOR PRELIMINARY AND PERMENANT INJUNCTIVE RELIEF, AND FOR DAMAGES**

The Declarant, Aaron Miles Bare, after having been duly sworn according to law and subject to the penalties of perjury declares as follows:

1. I am over the age of eighteen, am of sound mind and body and I have personal knowledge of the facts set forth herein.

2. I have read the First Amended Complaint [Doc. # 10].

3. The averments set forth in Document # 10 are true and accurate to the best of my information, knowledge and belief.

Further declarant saith not.

*[signature]*

Dr. Aaron Miles Bare

**ECF CERTIFICATE OF SERVICE**

I, the under-signed authority, certify that the foregoing document has been filed through the Court's ECF system and otherwise served as follows:
Patricia Pryor, Esq.
E-mail: Patricia.Pryor@jackonlewis.com

and

CT Corporation System
Registered Agent for Cardinal Health, Inc.
4400 Easton Commons Way
Suite 125
Columbus, Ohio 43219

This the 3rd day of December 2021.

                                                                                s/Russ Egli
                                                                                Russ Egli
                                                                                Co-Counsel for the Plaintiff