IN THE UNITED STATES DISTRICT COURT
EASTERN SECTION OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AARON MILES BARE, | ) | |
| on behalf of himself and all other | ) | |
| similarly situated employees of | ) | |
| Cardinal Health, Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:21-cv-389 |
| | ) | THIS IS THE FIRST APPLICATION FOR |
| CARDINAL HEALTH, INC., | ) | EXTRAORDINARY RELIEF |
| | ) | |
| Defendant. | ) | RULE 23 CLASS ACTION |
| | ) | |
| | ) | JURY DEMANDED |

---

**NOTICE OF SERVICE OF DOCUMENT 10 – FIRST AMENDED COMPLAINT, DOCUMENT 10-1, AS WELL AS DOCUMENT 11**

---

## ECF CERTIFICATE OF SERVICE

I, the under-signed authority, certify that the Document # 10 along with 10-1, as well as Document 11 has been filed through the Court's ECF system and otherwise served as follows:

Patricia Pryor, Esq.
E-mail: Patricia.Pryor@jacksonlewis.com

and

CT Corporation System
Registered Agent for Cardinal Health, Inc.
4400 Easton Commons Way
Suite 125
Columbus, Ohio 43219

This the 4th day of December 2021.

                                                          s/Russ Egli
                                                        Russ Egli
                                                        Co-Counsel for the Plaintiff