IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| AARON MILES BARE, | ) Case No: 3:21-cv-389 |
| PLAINTIFF, | ) |
| v. | ) JUDGE CORKER |
| CARDINAL HEALTH, INC., | ) |
| DEFENDANT. | ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant Cardinal Health, Inc. moves to dismiss Plaintiff's First Amended Complaint due to lack of standing and failure to state a claim upon which relief can be granted. A memorandum in support of this Motion is attached.

Respectfully submitted,

s/ Craig A. Cowart
Craig A. Cowart (017316)
JACKSON LEWIS P.C.
999 Shady Grove Road, Suite 110
Memphis, Tennessee 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
E-mail: Craig.Cowart@jacksonlewis.com

Patricia Pryor (*admission pending*)
JACKSON LEWIS P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
Telephone: (513) 322-5035
Email: patricia.pryor@jacksonlewis.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2021, a true and accurate copy of the foregoing was electronically filed with the Court's CM/ECF system, and such system will send electronic notice to all counsel of record.

s/ Craig A. Cowart
Craig A. Cowart

4858-1382-2982, v. 1