# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| **AARON MILES BARE,** | ) Case No: 3:21-cv-389 |
| **PLAINTIFF,** | ) |
| | ) **JUDGE CORKER** |
| v. | ) |
| | ) |
| **CARDINAL HEALTH, INC.,** | ) |
| | ) |
| **DEFENDANT**. | ) |

## SUPPLEMENT TO DEFENDANT'S MOTION TO DISMISS

Defendant Cardinal Health, Inc. hereby supplements its Motion to Dismiss filed earlier today (December 13, 2021) with this certification pursuant to the Order Governing Motions to Dismiss (Document 6). While counsel for Defendant inadvertently failed to meet and confer prior to the filing of the Motion to Dismiss, counsel for the parties conferred via telephone on December 13, 2021 and are unable to agree that Plaintiff's First Amended Complaint is curable by a permissible amendment.

1

Respectfully submitted,

/sCraig A. Cowart
Craig A. Cowart (017316)
JACKSON LEWIS P.C.
999 Shady Grove Road, Suite 110
Memphis, Tennessee 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
E-mail: Craig.Cowart@jacksonlewis.com

Patricia Pryor (*admission pending*)
JACKSON LEWIS P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
Telephone: (513) 322-5035
Email: patricia.pryor@jacksonlewis.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, a true and accurate copy of the foregoing was electronically filed with the Court's CM/ECF system, and such system will send electronic notice to all counsel of record.

/s/Craig A. Cowart
Craig A. Cowart

4865-1768-2694, v. 1