UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

**FILED**
DEC 1 4 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Aaron Miles Bare, et al.

    Plaintiff,

v.

Cardinal Health, Inc.

    Defendant.

Case No. 3:21-cv-389

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Cardinal Health, Inc., moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Ohio and Kentucky

[✔] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[✔] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/10/2021

/s/ PB
_____
(Signature–hand signed)

Name: Patricia Pryor
Firm: Jackson Lewis P.C.
Address:
    201 E. Fifth Street, 26th Floor, Cincinnati, OH 45202

Email address: pryorp@jacksonlewis.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that

**Patricia Anderson Pryor, 0069545**

was duly admitted to practice in this Court on

January 26, 1999

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on November 1, 2021.

CLERK OF COURT

_____
Signature of Clerk or Deputy

# JacksonLewis

Jackson Lewis P.C.
PNC Center
201 E. Fifth Street, 26th Floor
Cincinnati OH 45202
(513) 898-0050 Main
(513) 898-0051 Fax
jacksonlewis.com

December 13, 2021

**VIA UPS**

Clerk of Courts
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, Tennessee 37902

Re: Pro Hac Vice Motion of Patricia Pryor

Dear Sir/Madam:

Please find a pro hac vice motion for my submission in Case Number 3:21-cv-389, *Aaron Miles Bare, et al. v. Cardinal Health, Inc.* My admission for permanent admission to the Eastern District of Tennessee is also pending.

Respectfully yours,

Patricia Pryor
Jackson Lewis P.C.
PNC Center, 26th Floor
201 E. Fifth Street
Cincinnati, OH 45202
Telephone: (513) 322-5035
Facsimile: (513) 898-0051
Email: pryorp@jacksonlewis.com

PAP/jes
Enclosures