UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| AARON MILES BARE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) 3:21-CV-00389-DCLC-DCP |
| | ) |
| vs. | ) |
| | ) |
| CARDINAL HEALTH INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Plaintiff Aaron Miles Bare has moved for a preliminary injunction [Doc. 10], and Defendant has moved to dismiss the case for failure to state a claim [Doc. 13]. Therefore, a telephonic status conference is set for **Thursday, December 16, at 10:30 a.m. EST.** The parties shall call the Court's conference line at 866-390-1828 and enter access code 4845352 at the appointed time.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge