# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| AARON MILES BARE,<br><br>Plaintiff,<br><br>v.<br><br>CARDINAL HEALTH, INC.,<br><br>Defendant. | Case No. 3:21-cv-389<br><br>JUDGE CORKER |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Cardinal Health, Inc., certifies that: (i) it is a non-governmental entity; and (ii) it is a publicly traded company on the New York Stock Exchange with the initials "CAH".

No other publicly owned corporation not a party to the case owns 10% or more of Defendant's stock or has a financial interest in the outcome of this matter.

Dated: December 15, 2021

          Respectfully submitted,

          */s/ Craig A. Cowart*
          Craig A. Cowart (017316)
          JACKSON LEWIS P.C.
          999 Shady Grove Road, Suite 110
          Memphis, Tennessee 38120
          Telephone: (901) 462-2600
          Facsimile: (901) 462-2626
          E-mail: Craig.Cowart@jacksonlewis.com

          Patricia Pryor (*admission pending*)
          JACKSON LEWIS P.C.
          201 E. Fifth Street, 26th Floor
          Cincinnati, OH 45202
          Telephone: (513) 322-5035
          Email: pryorp@jacksonlewis.com

          *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, a true and accurate copy of the foregoing was electronically filed with the Court's CM/ECF system, and such system will send electronic notice to all counsel of record.

*/s/ Craig A. Cowart*
Craig A. Cowart