UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| AARON MILES BARE, *et al.*, | ) |
| Plaintiffs, | ) ) 3:21-CV-00389-DCLC-DCP ) |
| vs. | ) ) |
| CARDINAL HEALTH, INC., | ) ) |
| Defendants. | ) ) |

**ORDER**

On December 16, 2021, the Court held a status conference with the parties regarding Plaintiffs' amended complaint [Doc. 10], and Defendant's motion to dismiss [Doc. 13]. During that conference, the parties agreed to a timeline for responding to Defendant's motion. Accordingly, Plaintiffs shall respond to Defendant's motion on or before **January 7, 2021**, and Defendant may file a reply to Plaintiffs' response on or before **January 14, 2021**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge