# IN THE UNITED STATES DISTRICT COURT
# EASTERN SECTION OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| AARON MILES BARE, on behalf of himself and all other similarly situated employees of Cardinal Health, Inc. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 3:21-cv-389 THIS IS THE SECOND APPLICATION |
| CARDINAL HEALTH, INC., | ) ) | FOR EXTRAORDINARY RELIEF |
| Defendant. | ) ) ) | RULE 23 CLASS ACTION JURY DEMANDED |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE FIRST AMENDED VERIFIED CLASS ACTION COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, AND FOR DAMAGES

Comes now the Plaintiff, by and through under-signed counsel and pursuant to Fed. R. Civ. P. 15(a) would move this Honorable Court for an Order allowing leave to amend the First Amended Complaint [Doc. # 10]. For good cause shown, Plaintiff would show the following:

1. Since the filing of the First Amended Complaint seeking Rule 23 Class Action Certification [Doc. # 10] under-signed counsel has been retained by another Cardinal Health employee.

2. Mr. Christopher A. Davis is similarly situated with other potential class Cardinal Health employees which are facing termination of their employment for failure to grant a religious exemption or otherwise do not want to take the vaccine for other personal reasons pursuant to the Emergency Use Authorization Act as applied to Title VII.

3. Mr. Davis' termination is eminent because as of January 4, 2022 he will be terminated for refusal to take the vaccine.

4. Leave to amend is freely granted in this District. <u>Bailey v. Smith, et al.</u>, 2020 WL 6271193, *1 (E.D. Tenn. 10/16/2020) (Attached as Exhibit A).

5. Due to the exigencies herein, Plaintiff seeks an expedited ruling/hearing on this Motion to Amend to prevent irreparable harm to Mr. Davis.

6. Plaintiff attaches hereto his proposed Second Amended Complaint for this Honorable Court's consideration. <u>See</u> Exhibit B.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS THAT THIS HONORABLE COURT GRANT THIS MOTION AND ALLOW LEAVE FOR PLAINTIFF TO FILE THE SECOND AMENDED COMPLAINT ATTACHED HERETO.

Respectfully submitted,

s/Darren V. Berg
Darren V. Berg
**Law Offices of Darren V. Berg**
Lead Counsel for Plaintiff
P.O. Box 453
Knoxville, TN 37901
865-773-8799
dberglawfirm@gmail.com

s/Russ Egli
Russ Egli
**The Egli Law Firm**
Co-Counsel for the Plaintiff
The Wisdom Building
11109 Lake Ridge Drive, FL3
Concord, TN 37934
865-304-4125
russegliatty@tds.net

*Counsel for Plaintiff*

## ECF CERTIFICATE OF SERVICE

I, the under-signed authority, certify that this pleading has been sent to all counsel of record through the Court's ECF filing system.

s/Russ Egli
Russ Egli
**The Egli Law Firm**
Co-Counsel for the Plaintiff