UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| AARON MILES BARE, *et al.*, | ) |
| Plaintiffs, | ) 3:21-CV-00389-DCLC-DCP |
| vs. | ) |
| CARDINAL HEALTH INC., | ) |
| Defendant. | ) |

**ORDER**

Plaintiffs have moved to file an Amended Complaint, seeking to add an additional named plaintiff [Doc. 23]. In the Proposed Amended Complaint, Plaintiffs allege that Christopher A. Davis, the plaintiff to be added, holds the same religious beliefs as Aaron Miles Bare, the initial named plaintiff, that prevents him from taking any of the COVID-19 vaccines under Defendant's vaccine mandate [Doc. 23-2, pg. 2]. Plaintiffs state that Davis will be terminated on January 4, 2022, and seek a temporary restraining order ("TRO") to prevent his termination on that date [*Id.*]. Given the timing of the potential termination, Defendant is **ORDERED** to respond to Plaintiff's motion to amend and request for a TRO [Doc. 23] on or before **Monday, December 27, 2021.** After reviewing Defendant's response, the Court will determine whether a hearing on the Plaintiffs' request for a TRO is necessary.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge