## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | | |
|---|---|---|
| **AARON MILES, BARE,** *et al.*, | ) | **Case No. 3:21-CV-00389-DCLC-DCP** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge Corker** |
| **v.** | ) | |
| | ) | |
| **CARDINAL HEALTH, INC.,** | ) | |
| | ) | **DECLARATION OF LUCY SHULL** |
| **Defendant.** | ) | |
| | ) | |

Lucy Shull states that she is competent to testify about the matters contained herein and hereby declares and states that the following information is true based on her own personal knowledge and information:

1.  I am the Manager, Financial Systems for Cardinal Health. I am the manager over Christopher A. Davis.

2.  Mr. Davis works and, to my knowledge, lives in Ohio.

3.  Cardinal Health rolled out a COVID-19 vaccination policy. In both the policy and in subsequent communications, employees were informed of their ability to request an accommodation or exemption for medical or religious reasons.

4.  I had a conversation with Mr. Davis about the policy and his ability to request an accommodation. He told me that he was not going to request an accommodation because his decision was for personal reasons. He did not have a medical or religious reason for his decision.

5.  On December 23, 2021, I sent Mr. Davis an email explaining that his employment would not be terminated on January 4. I also again reminded him of the accommodation process. This email was originally drafted on December 20, in response to an email from Mr. Davis. Because I was on PTO, it did not get sent until December 23.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of December, 2021.

_Lucy Shull_ 12/27/21
Lucy Shull