# IN THE UNITED STATES DISTRICT COURT
# EASTERN SECTION OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| AARON MILES BARE, <br> on behalf of himself and all other <br> similarly situated employees of <br> Cardinal Health, Inc. <br><br> Plaintiffs, <br><br> v. <br><br> CARDINAL HEALTH, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br> Civil Action No.: 3:21-cv-389 <br> THIS IS THE SECOND APPLICATION <br> FOR EXTRAORDINARY RELIEF <br><br> RULE 23 CLASS ACTION <br><br> JURY DEMANDED |

## MOTION FOR EXTENSION TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DOC. # 26]

Comes now the Plaintiff, by and through under-signed counsel and would move this Honorable Court for an extension of time to file his Reply to the Defendant's Response [Doc. # 26] to his Motion for Leave to file the Second Amended Complaint. For good cause shown, Plaintiff would state the following:

1. Lead Counsel is on vacation for the Holidays and under-signed counsel is dealing with a heavy case load in both federal and state court.

2. The Reply due date falls on the New Year's weekend and both Lead Counsel and under-signed counsel have family visiting over the Holidays.

3. Accordingly, the under-signed would pray that this Honorable Court grant it leave to Reply and fully brief the issues raised in the Defendant's Response to its proposed Second Amended Complaint on or before January 7, 2022.

Respectfully submitted,

s/Darren V. Berg
Darren V. Berg
Lead Counsel for the Plaintiffs
P.O. Box 453
Knoxville, TN 37901
865-773-8799
dberglawfirm@gmail.com

s/Russ Egli
Russ Egli
Co-Counsel for the Plaintiffs
The Egli Law Firm
11109 Lake Ridge Drive, FL3
Concord, TN 37934
865-304-4125
F: 855-827-06254
russegliatty@tds.net

## ECF CERTIFICATE OF SERVICE

I, the under-signed, certify that this Motion has been filed with the Court's ECF filing system and has been sent to all counsel of record.

s/Russ Egli
Russ Egli