IN THE UNITED STATES DISTRICT COURT
EASTERN SECTION OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AARON MILES BARE, on behalf of himself and all other similarly situated employees of Cardinal Health, Inc. | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 3:21-cv-389 ) |
| CARDINAL HEALTH, INC., | ) ) |
| Defendant. | ) ) ) |

**REPLY TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Comes the Plaintiff, by and through under-signed counsel would move this Honorable Court for an Order denying in all respects the Defendant's Motion to Dismiss [Doc. # 13, 14 and 14-1]. For good cause, Plaintiff relies on the Memorandum of Law and Statement of Facts in support of denying the Defendant's Motion to Dismiss filed contemporaneously herewith.

Respectfully submitted,

s/Darren V. Berg
Darren V. Berg
**Law Offices of Darren V. Berg**
Lead Counsel for Plaintiff
P.O. Box 453
Knoxville, TN 37901
865-773-8799
dberglawfirm@gmail.com

                                      s/Russ Egli  
                                      Russ Egli  
                                      **The Egli Law Firm**  
                                      Co-Counsel for the Plaintiff  
                                      The Wisdom Building  
                                      11109 Lake Ridge Drive, FL3  
                                      Concord, TN 37934  
                                      865-304-4125  
                                      russegliatty@tds.net  

                                      *Counsel for Plaintiff*

## ECF CERTIFICATE OF SERVICE

I, the under-signed authority, certify that this pleading has been sent to all counsel of Record through the Court's ECF filing system.

                                      s/Russ Egli  
                                      Russ Egli  
                                      **The Egli Law Firm**  
                                      Co-Counsel for the Plaintiff