**From:** Shull, Lucy <lucy.shull@cardinalhealth.com>
**Sent:** Thursday, December 23, 2021 9:02 AM
**To:** Davis, Christopher <christopher.davis01@cardinalhealth.com>; Sharma, Ramakrishna <ramakrishna.sharma@cardinalhealth.com>
**Cc:** Eve, Tyler <tyler.eve@cardinalhealth.com>; Cassini, Alycia <alycia.cassini@cardinalhealth.com>
**Subject:** RE: Need some clarity

Good Morning Chris,

In response to your questions below:

1) As we've communicated, the team will be returning on a flex time schedule. Under this schedule, team members will be required to report to the office an average of 3 days per week. There are currently no plans to be full-time remote.

2) There are currently no plans for anyone on the team to be full-time remote. As we've discussed, if you have a legitimate medical or religious accommodation request, we have a process set up to evaluate such requests. We are happy to talk with you about that process again if you would like.

3) Your employment will not be terminated January 4. As you know, you are required to be vaccinated or have a legitimate religious or medical accommodation per Cardinal Health's vaccine policy. You have told us that you are choosing not to become vaccinated for personal reasons and have declined the opportunity to request an accommodation. The return to office date for your role is not until late January/early February. In addition, last week the federal OSHA vaccine mandate was reinstated. The deadline under this mandate is expected to be early to mid February but there is still uncertainty regarding this mandate. We will continue to evaluate and will provide updated information when there is more clarity. Again, if you have a religious or medical accommodation request, please let me know as soon as possible. Employees with approved accommodations are required to wear a medical grade mask in the office and practice good social distancing. Under the OSHA mandate, they may also be required to undergo weekly Covid testing.

Thank You,

*Upcoming PTO Notification – Will be OOO December 20th – January 4th.

*Lucy Shull*
*Manager, Financial Systems (FOS)*
*7000 Cardinal Place, Dublin, OH 43017*
*614.652.1856 tel*