IN THE UNITED STATES DISTRICT COURT
EASTERN SECTION OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AARON MILES BARE, ) | |
| on behalf of himself and all other ) | |
| similarly situated employees of ) | |
| Cardinal Health, Inc. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 3:21-cv-389 |
| ) | |
| CARDINAL HEALTH, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Comes the Plaintiff, by and through under-signed counsel would move this Honorable Court for an Order denying in all respects the Defendant's Motion to Dismiss [Doc. # 13, 14 and 14-1]. For good cause, Plaintiff relies on the Memorandum of Law and Statement of Facts in support of denying the Defendant's Motion to Dismiss filed contemporaneously herewith.

Respectfully submitted,

s/Darren V. Berg
Darren V. Berg
**Law Offices of Darren V. Berg**
Lead Counsel for Plaintiff
P.O. Box 453
Knoxville, TN 37901
865-773-8799
dberglawfirm@gmail.com

s/Russ Egli
Russ Egli
**The Egli Law Firm**
Co-Counsel for the Plaintiff
The Wisdom Building
11109 Lake Ridge Drive, FL3
Concord, TN 37934
865-304-4125
russegliatty@tds.net

*Counsel for Plaintiff*

## ECF CERTIFICATE OF SERVICE

I, the under-signed authority, certify that this pleading has been sent to all counsel of Record through the Court's ECF filing system.

s/Russ Egli
Russ Egli
**The Egli Law Firm**
Co-Counsel for the Plaintiff