IN THE UNITED STATES DISTRICT COURT
EASTERN SECTION OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AARON MILES BARE, on behalf of himself and all other similarly situated employees of Cardinal Health, Inc. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 3:21-cv-389 |
| CARDINAL HEALTH, INC., | ) ) | |
| Defendant. | ) ) ) | |

---

**REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S LEAVE TO AMEND - SECOND AMENDED COMPLAINT**

---

Comes the Plaintiff, by and through under-signed counsel would move this Honorable Court for an Order denying in all respects the Defendant's Response [Doc. # 26] to Plaintiff's Motion to Amend [Doc. # 23]. For good cause, Plaintiff relies on the Memorandum of Law and Statement of Facts in support of denying the Defendant's Response filed contemporaneously herewith.

                Respectfully submitted,

                s/Darren V. Berg
                Darren V. Berg
                **Law Offices of Darren V. Berg**
                Lead Counsel for Plaintiff
                P.O. Box 453
                Knoxville, TN 37901
                865-773-8799
                dberglawfirm@gmail.com

s/Russ Egli
Russ Egli
**The Egli Law Firm**
Co-Counsel for the Plaintiff
The Wisdom Building
11109 Lake Ridge Drive, FL3
Concord, TN 37934
865-304-4125
russegliatty@tds.net

*Counsel for Plaintiff*

## ECF CERTIFICATE OF SERVICE

I, the under-signed authority, certify that this pleading has been sent to all counsel of Record through the Court's ECF filing system.

s/Russ Egli
Russ Egli
**The Egli Law Firm**
Co-Counsel for the Plaintiff