


# COVID-19 Vaccine: Request for Religious Accommodation

**INTERNAL USE ONLY**

## STEP ONE - To Be Completed by Employee and Manager

| | |
|---|---|
| **Manager/Supervisor Name:** Lucy Shull | **Employee Name:** Christopher A. Davis |
| **Title:** Manager, Financial Systems | **Employee I.D.:** 710002 |
| **Date:** 01/06/22 | **Job Title:** Advisor, Financial Systems |

## STEP TWO - Completed by Employee:

Have you ever been exempted from getting a vaccine for religious/spiritual reasons? ___ Yes  ✓ No

Have you been given any vaccines within the past 5 years? ___ Yes  ✓ No

Length of time that accommodation is needed: **Indefinitely**

Are you required to travel for your job? ___ YES  ✓ NO
If YES, please explain reasons for travel and the frequency:

Do you interact with customers for your job? ___ YES  ✓ NO
If YES, please explain in detail how you interact:

Please explain why you are seeking a religious/spiritual accommodation (you may attach an additional page if needed):

I am a Christian who has been attending church since I was six years old. My father was an ordained minister in the Church of the Nazarene, a Wesleyan holiness protestant Christian denomination. I attended Christian, faith-based colleges upon graduating high school. I currently serve faithfully every Sunday in my local church and give generously of my time and money. It is a way of life (continued on next page)

I verify that I am requesting an accommodation from Cardinal Health's mandatory COVID-19 vaccine requirement. I verify the information submitted to substantiate my request for accommodation is true and accurate to the best of my knowledge. **I understand that falsified information can lead to disciplinary action, up to and including termination.**

I further understand that Cardinal Health is not required to provide this accommodation if doing so would pose a direct threat to myself or other in the workplace or would create an undue hardship for Cardinal Health

**Employee Signature:** Christopher A. Davis   **Date:** 01/06/22

Attach this completed form to your case on myHR or email it to myHRServiceCenter@cardinalhealth.com.

for me. I have also served in leadership of my church (as a board member) and associate to my wife's music ministry at our church. I am requesting a religious/spiritual accommodation for two main reasons, which I will list below.

Firstly, through some research of my own on the development and production of the COVID-19 vaccines, I became aware of the usage of aborted fetal cell lines (some in the development and some in the production of the vaccines) and their presence in the COVID-19 vaccines. This is very disturbing to my spirit. My deeply held spiritual and religious beliefs convict my spirit to believe that abortion is murder and is therefore a sin against God, and to put anything in my body that was a result of an abortion is wrong. It is wrong and unsettling down to my very core. The core of my spirit. This conviction, I believe, comes from the Holy Spirit. My sincerely and personally held religious beliefs are guided by my very convictions. I feel convicted about the COVID-19 vaccine and have strongly felt the Holy Spirit tell me that I should not take the COVID-19 vaccine.

Secondly, I believe that my spirituality is directly tied to my physical being. I believe that my spirit lives within my body. As such, I cannot rightfully put something in my body that I believe has harmful and unproven potential consequences. My religious beliefs entail believing that my body is a temple. I believe I must honor God with my temple (my body) and putting experimental drugs in my body goes directly against that spiritual principle.

Moreover, I cannot agree that Cardinal's rights, as stated in the last sentence of this form, can in any way overcome my right to religious freedom as set forth in the 1st amendment and as made applicable to Cardinal Health by way of Title VII of the 1964 Civil Rights Act, as amended. Thank you and God bless!