# RULE 72 DECLARATION OF CHRISTOPHER DAVIS

I, Christopher Davis, after having been duly sworn according to law hereby make oath and declare as follows:

1. I am of sound mind and body, over the age of eighteen and I possess personal knowledge of the facts set forth herein.

2. I have applied for my religious accommodation with Cardinal Health, Inc. but it has not been granted at this time.

3. I have also filed with the EEOC Office in Ohio and have asked for a right-to-sue letter.

I understand that my declarations herein are subject to the penalties of perjury.

_____
Christopher Davis
Declarant