IN THE UNITED STATES DISTRICT COURT
EASTERN SECTION OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AARON MILES BARE, on behalf of himself and all other similarly situated employees of Cardinal Health, Inc. | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 3:21-cv-389 |
| CARDINAL HEALTH, INC., | ) ) | |
| Defendant. | ) ) ) | |

___

**NOTICE OF FILING PLAINTIFF'S PROOF OF EEOC RIGHT-TO-SUE-LETTER**

___

Please take NOTICE that the Plaintiff hereby files this Notice with attached Exhibit A – proof of the EEOC issuing Plaintiff's right-to-sue letter. Due to an issue with the EEOC's portal not having the right-to-sue letter available to download the letter had to be mailed to under-signed counsel. Under-signed counsel shall file with this Honorable Court the right-to-sue letter as soon as it is received.

Respectfully submitted,

s/Russ Egli
Russ Egli
**The Egli Law Firm**
Co-Counsel for the Plaintiff
The Wisdom Building
11109 Lake Ridge Drive, FL3
Concord, TN 37934
865-304-4125
russegliatty@tds.net

<pre>
                        s/Darren V. Berg
                        Darren V. Berg
                        **Law Offices of Darren V. Berg**
                        Lead Counsel for Plaintiff
                        P.O. Box 453
                        Knoxville, TN 37901
                        865-773-8799
                        dberglawfirm@gmail.com

                        *Counsel for Plaintiff*
</pre>

## ECF CERTIFICATE OF SERVICE

I, the under-signed authority, certify that this pleading has been sent to all counsel of Record through the Court's ECF filing system.

<pre>
                        s/Russ Egli
                        Russ Egli
                        **The Egli Law Firm**
                        Co-Counsel for the Plaintiff
</pre>