# U.S. Equal Employment Opportunity Commission



Welcome

information about the charge you have filed with the EEOC. Placing your cursor over any of the status boxes or the individual listed entries, will provide additional information
ly, for an overview of the charge process, select the "Show Full Process" button below.

| Contact Information | Office Information |
|---|---|
| **Curtis Smith**<br>curtis.smith@eeoc.gov | **EEOC Nashville Area Office**<br>220 Athens Way<br>Nashville, TN 37228 |

LOSED

## INVESTIGATION

[4] 11/30/2021 Your charge has been transferred to the investigation division

[5] 12/15/2021 Your charge has been transferred to the investigation division

[6] 12/15/2021 Your charge has been assigned to an investigator

[7] 12/20/2021 Notice of Right to Sue Issued was upon request and charge was closed

[ Show Full Process ]    [ Logout ]

Support        Accessibility Statement        Privacy Statement