IN THE UNITED STATES DISTRICT COURT
EASTERN SECTION OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AARON MILES BARE, | ) | |
| on behalf of himself and all other | ) | |
| similarly situated employees of | ) | |
| Cardinal Health, Inc. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:21-cv-389 |
| | ) | |
| CARDINAL HEALTH, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

___

**SECOND NOTICE OF FILING PLAINTIFF'S PROOF OF EEOC RIGHT-TO-SUE-LETTER**

___

Please take NOTICE that the Plaintiff hereby files this Notice with attached Exhibit A – EEOC – Right-to-Sue letter.

        Respectfully submitted,

        s/Russ Egli
        Russ Egli
        **The Egli Law Firm**
        Co-Counsel for the Plaintiff
        The Wisdom Building
        11109 Lake Ridge Drive, FL3
        Concord, TN 37934
        865-304-4125
        russegliatty@tds.net

<pre>
                          s/Darren V. Berg
                          Darren V. Berg
                          **Law Offices of Darren V. Berg**
                          Lead Counsel for Plaintiff
                          P.O. Box 453
                          Knoxville, TN 37901
                          865-773-8799
                          dberglawfirm@gmail.com
</pre>

*Counsel for Plaintiff*

## ECF CERTIFICATE OF SERVICE

I, the under-signed authority, certify that this pleading has been sent to all counsel of Record through the Court's ECF filing system.

<pre>
                          s/Russ Egli
                          Russ Egli
                          **The Egli Law Firm**
                          Co-Counsel for the Plaintiff
</pre>