UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| AARON MILES BARE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) 3:21-CV-00389-DCLC-DCP |
| | ) |
| vs. | ) |
| | ) |
| CARDINAL HEALTH, INC., | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

This case came before the Court on Defendant's Motion to Dismiss [Doc. 13] and Plaintiff's Motion to Amend [Doc. 23]. For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's Motion to Dismiss [Doc. 13] is **GRANTED**. Accordingly, Plaintiff's Motion to Amend [Doc. 23] is **DENIED**, and his First Amended Complaint [Doc. 10] against Defendant is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court