# IN THE UNITED STATES DISTRICT COURT
# EASTERN SECTION OF TENNESSEE

AARON MILES BARE, et al.,

    Plaintiff,

v.                                                                                            Civil Action No.: 3:21-cv-389

CARDINAL HEALTH, INC.,

    Defendant.

## MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S RULE 59 MOTION TO ALTER OR AMEND

Comes now the Plaintiff, Dr. Aaron Miles Bare, on behalf of himself and all others similarly situated, by and through under-signed counsel, and would respectfully request additional time to file the memorandum of law in support of Plaintiff's Rule 59 Motion to alter or Amend the Final Judgement [Doc. # 40]. In requesting this relief, Plaintiff attaches below the Declaration of Russ Egli and, should this extension be granted, Plaintiff will not oppose a similar extension for the Defendant regarding its Response to the Rule 59 Motion. In addition, and for cause, under-signed counsel would note that he has been involved in heavy litigation in both federal and state courts and has not had the sufficient time to be able to complete the memorandum of law. Movant would request of this Honorable Court up until Wednesday, April 27, 2022 to file the memorandum of law.

*1*

## DECLARATION OF RUSS EGLI

I, Russ Egli, counsel for Plaintiff herein, after having been duly sworn under law hereby makes oath and declares subject to the penalties of perjury that the statements made herein are true and accurate to the best of my information, knowledge and belief.

_____
Russ Egli
Declarant

      Respectfully submitted,

      s/Russ Egli
      Russ Egli
      Co-Counsel for the Plaintiffs
      The Egi Law Firm
      11109 Lake Ridge Drive, FL3
      Concord, TN 37934
      865-304-4125
      F: (855) 826-0624
      theeglilawfirm@gmail.com

## ECF CERTIFICATE OF SERVICE

I, the under-signed authority, certify that a true and accurate copy of this has been sent to all counsel of record by way of the Court's ECF system.

      s/Russ Egli
      Russ Egli
      Co-Counsel for the Plaintiffs

2

Case 3:21-cv-00389-DCLC-DCP   Document 42   Filed 04/24/22   Page 2 of 2   PageID #: 372