# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| AARON MILES BARE, | ) Case No: 3:21-cv-389 |
| | ) |
| PLAINTIFF, | ) |
| | ) JUDGE CORKER |
| v. | ) |
| | ) DEFENDANT'S MOTION FOR |
| CARDINAL HEALTH, INC., | ) LEAVE TO FILE A SURREPLY |
| | ) MEMORANDUM IN RESPONSE TO |
| DEFENDANT. | ) THE [REPLY] MEMORANDUM |
| | ) FILED BY PLAINTIFF ON APRIL 27, |
| | ) 2022 |

Defendant moves for leave to file the attached Surreply Memorandum in Response to Plaintiff's [Reply] Memorandum filed on April 27, 2022. A memorandum in support of this Motion is attached.

Respectfully submitted,

*/s/Patricia Pryor*
Patricia Pryor
JACKSON LEWIS P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
Telephone: (513) 322-5035
Email: pryorp@jacksonlewis.com

Craig A. Cowart (017316)
JACKSON LEWIS P.C.
999 Shady Grove Road, Suite 110
Memphis, Tennessee 38120
Telephone: (901) 462-2618
Facsimile: (901) 462-2626
E-mail: Craig.Cowart@jacksonlewis.com

Counsel for Defendant

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2022, a true and accurate copy of the foregoing was electronically filed with the Court's CM/ECF system, and such system will send electronic notice to all counsel of record.

                                                     */s/Patricia Pryor*
                                                     Patricia Pryor

4875-7078-6846, v. 1