**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN SECTION OF TENNESSEE
AT KNOXVILLE**

DR. AARON MILES BARE, and all
other similarly situated individuals,

    Plaintiff,

v.                                    Civil Action No.: 3:21-cv-389

CARDINAL HEALTH, INC.,

    Defendant.

---

## NOTICE OF APPEAL

---

    Comes the Plaintiff, by and through under-signed counsel, and would file his Notice of Appeal, as of right, pursuant to Fed. R. Civ. P. 3 to the United States Court of Appeals for the Sixth Circuit from this Honorable Court's Final Judgment entered on June 7, 2022. [Doc. # 49].

                                              Respectfully submitted,

                                              s/Russ Egli
                                              Russ Egli
                                              Co-Counsel for the Plaintiff
                                              The Egli Law Firm
                                              11109 Lake Ridge Drive, FL 3
                                              Concord, TN 37934
                                              865-304-4125
                                              F: 855-827-0624
                                              theeglilawfirm@gmail.com

s/Darren V. Berg
Darren V. Berg
Lead Counsel for the Plaintiff
The Law Offices of Darren V. Berg
P.O. Box 453
Knoxville, TN 37901
865-773-8799
dberglawfirm@gmail.com

## ECF CERTIFICATE OF SERVICE

I, the under-signed counsel, certify that a true and accurate copy of the foregoing Notice of Appeal has been filed through this Honorable Court's ECF system and served on all counsel of record.

s/Russ Egli
Russ Egli
Co-Counsel for Plaintiff