# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 16, 2023

Ms. LeAnna Wilson
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re:  Case No. 22-5557, *Aaron Bare v. Cardinal Health, Inc.*
Originating Case No. : 3:21-cv-00389

Dear Ms. Wilson,

  Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Austin D. Tyree
  for Ryan Orme, Case Manager

cc:  Mr. Russell Lee Egli
   Ms. Blythe McGregor
   Ms. Patricia Anderson Pryor

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 22-5557

_____

Filed: February 16, 2023

AARON MILES BARE, on behalf of himself and all others similarly situated

      Plaintiff - Appellant

v.

CARDINAL HEALTH, INC.

      Defendant - Appellee

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 01/25/2023 the mandate for this case hereby issues today.

COSTS:  None